CCA #    13-13-00382-CR

OFFENSE:   Burglary of a Habitation

STYLE:    STEVEN BREED v. THE STATE OF TEXAS

COUNTY:   Dallas

TRIAL COURT:        292nd District Court

TRIAL COURT #:      F12-00533-V

TRIAL COURT JUDGE:   Hon. Larry B. Mitchell

DISPOSITION: Affirmed

DATE:     June 11, 2015

JUSTICE:  Gregory T. Perkes         PC ____ S ____

PUBLISH: _____               DNP: ___ x ___

MOTION FOR REHEARING En Banc IS:  Denied
on 7/23/15
   DATE:
   JUDGE:

CLK RECORD: _____ 1 _____

RPT RECORD: ___ 8 _____

STATE BR: __1_____

APP BR: ___1_____

SUPP CLK RECORD ___1_____

 SUPP RPT RECORD _____

Reply BR __1_____

   PRO SE BR _____

## IN THE COURT OF CRIMINAL APPEALS

CCA # _____

----------------------

____ PRO SE ____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

____ REFUSED _____

DATE: __11/04/2015_____

JUDGE: ___Per Curiam_____

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

----------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____